Signed and Filed: September 24, 2015

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 15-30793 HLB ) |
| HOSSEIN RAD, | ) Chapter 11 ) |
| Debtor. | ) ) |
| HOSSEIN RAD, | ) ) Adv. Proc. No. 15-03063 HLB |
| Plaintiff, | ) ) |
| v. | ) ) |
| MRF1, LLC, et al., | ) ) |
| Defendants. | ) ) ) |

**ORDER TO SHOW CAUSE RE ABSTENTION**

On July 24, 2015 Plaintiff and Debtor Hossein Rad initiated the above-captioned adversary proceeding with a complaint requesting damages, and declaratory and injunctive relief based on the following causes of action: (1) Wrongful Foreclosure, (2) Slander of Title, (3) Cancellation of Written Instrument, and (4) Violation of California Business and Professions Code § 17200 et seq. Plaintiff's amended complaint filed on September 17, 2015 asserts the same causes of action. Plaintiff failed to allege in either the complaint or the amended complaint that this Court has jurisdiction over the

ORDER TO SHOW CAUSE RE ABSTENTION - 1 -

asserted causes of action. Plaintiff states in the amended complaint that he consents to entry of final judgment by this Court. Plaintiff has made a demand for a jury trial on every issue to be tried. An initial status conference in the adversary proceeding is set for October 1, 2015

On August 26, 2015, defendant MRF1, LLC filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6)[1] for failure to state a claim, and set the matter for hearing on October 1, 2015.

On August 28, 2015, defendant Special Default Services, Inc. filed a motion to dismiss the complaint and set the matter for hearing on October 1, 2015. Plaintiff's amended complaint removed Special Default Services, Inc. as a defendant, and added JA 2109 Dumbarton, LLC as a defendant. On September 24, 2015, the Court entered an order denying Special Default Services, LLC's motion to dismiss as moot in light of the amended complaint. A summons has not yet been issued with respect to JA 2109 Dumbarton, LLC.

On the Court's own motion, **IT IS HEREBY ORDERED** that:

(1) On **November 5, 2015 at 2:00 p.m.**, Plaintiff shall appear in this Court and show cause why the Court should not abstain from hearing this proceeding.

(2) On or before **October 29, 2015**, Plaintiff shall file and serve a written response to this Order to Show Cause. The response shall include points and authorities addressing the following: (a) on what basis the Court has

---

[1] Incorporated by Federal Rule of Bankruptcy Procedure 7012.

jurisdiction to hear this proceeding, and (b) assuming the Court has jurisdiction, why the Court should not abstain, mandatorily or discretionarily pursuant to section 28 U.S.C. § 1334(c).

(3) Failure by Plaintiff to file a timely written response shall result in dismissal of this adversary proceeding.

(4) If Defendants wish to respond to this Order to Show Cause, they shall file and serve any such response on or before October 29, 2015.

(5) The October 1, 2015 status conference and the hearing on MRF1, LLC's motion to dismiss are hereby continued to **November 5, 2015 at 2:00 p.m.**

**\*\*END OF ORDER\*\***

## Court Service List

[None]